UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DASEAN LARON COOPER,<br><br>           Plaintiff,<br><br>    v.<br><br>R. MONTOYA,<br><br>           Defendant. | Case No. 2:18-CV-07697-SJO (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Civil Rights Complaint (Dkt. 1) filed by Plaintiff DaSean LaRon Cooper ("Plaintiff"), the Motion for Summary Judgment filed by Defendant R. Montoya (Dkt. 27, "Motion"), Plaintiff's Opposition to the Motion (Dkt. 32), Defendant R. Montoya's Reply in support of the Motion (Dkt. 33), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 35), and Plaintiff's Objection to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

      In addition, the Court has reviewed Plaintiff's "Motion Requesting Certificate of Appealability." Dkt. 37 ("Request for COA"). Plaintiff does not

cite any legal authority for the issuance of a Certificate of Appealability in the context of the dismissal of a civil rights action, as opposed to in the context of a dismissal or denial of a petition for writ of habeas corpus. See, e.g., 28 U.S.C. § 2253(c) (discussing requirements for issuance of a certificate of appealability in a habeas corpus or 28 U.S.C. § 2255 proceeding); Fed. R. App. P. 22(b) (discussing necessity of a certificate of appealability to proceed with an appeal of a ruling in a habeas corpus or 28 U.S.C. § 2255 proceeding). As Plaintiff cites no authority pursuant to which the Court can issue a Certificate of Appealability in a general civil matter, the Court declines to do so.

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (Dkt. 35) is approved and accepted;
2. Defendant R. Montoya's Motion (Dkt. 27) is GRANTED;
3. Plaintiff's Request for COA (Dkt. 37) is DENIED; and
4. Judgment shall be entered dismissing this case with prejudice.

Dated: November 19, 2019

*S. James Otero*
_____
S. JAMES OTERO
United States District Judge