JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DASEAN LARON COOPER, | ) Case No. 2:18-CV-07697-SJO (JDE) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| R. MONTOYA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.


Dated: November 19, 2019
       _____

_____
S. JAMES OTERO
United States District Judge